**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

EDDIE FRANKLIN                                                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO.: 4:07CV109-HTW-LRA

CITY OF MACON, MISSISSIPPI AND
PETEY FRESHOUR                                                                              DEFENDANTS

## FINAL JUDGMENT

Before the court is the announcement of the parties that they have reached a full and final settlement in the above styled and numbered cause. Therefore, the above styled and numbered cause is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 12th day of November, 2008.

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**